UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Clara Moussa Boustany,<br><br>*Applicant*,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding | Case No. 1:23-mc-27 |

### *EX PARTE* APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING

Pursuant to 28 U.S.C. § 1782 and Rules 26 and 45 of the Federal Rules of Civil Procedure, Applicant Clara Moussa Boustany hereby moves *ex parte* for an order granting her leave to conduct discovery for use in pending legal proceedings in Monaco. This application is supported by the accompanying Memorandum of Law, along with the declarations of Moussa Boustany and Sarah Filippi (Moussa Boustany's counsel in the Monaco proceedings) and the exhibits annexed thereto.

As set forth in the accompanying documents, this application is brought on the grounds that (1) the discovery sought is for use in a pending foreign proceeding; (2) the discovery is sought from parties who are found in this district; and (3) the application is made by an interested party. Thus, the application satisfies the requirements of 28 U.S.C. § 1782.

Therefore, Moussa Boustany respectfully requests that the Court enter an order authorizing her to obtain discovery from Stephen Valkenborg and Makram Abboud under 28 U.S.C. § 1782 by serving the subpoenas attached as Exhibits A and B hereto.

Dated:    New York, New York
          January 30, 2023

        Respectfully submitted,

        **LUPKIN PLLC**

        By:   */s/ Michael B. Smith*
              Jonathan D. Lupkin
              Michael B. Smith

        80 Broad Street, Suite 1301
        New York, NY 10004
        Tel: (646) 367-2771
        Fax: (646) 219-4870
        jlupkin@lupkinpllc.com
        msmith@lupkinpllc.com

        *Counsel for Clara Moussa Boustany*

4853-0131-6516, v. 2