# EXHIBIT A



# SARAH FILIPPI

## AVOCAT DEFENSEUR

## EXPERIENCE

**AVOCAT-DEFENSEUR**

Study of Maître FILIPPI

**9th of january 2017 - Present**

- Ordonnance Souveraine n°6.236 du 19th january 2017

**AVOCAT**

Study of Maître LICARI

**9th of january 2012-2017**

- Arrêté du Directeur des Services Judiciaires n° 2012-1 du 9 th of january 2012

**AVOCAT STAGIAIRE**

Study of Maître LICARI

**8th of january 2009-2012**

- Arrêté Judiciaire n°2009-03 du 8th of january 2009

**ORDRE DES AVOCATS DE LA PRINCIPAUTE DE MONACO**

Study of Maître LICARI / Study of Maître FILIPPI

**8th of january 2009-Present**

 +377.93.25.07.81

 contact@sfilippi.com

 Immeuble LE CORONADO
20, avenue de Fontveille,
9800 MONACO

## EDUCATION

**LAW DEGREE**

Université Nice Sophia Antipolis

**2005 - 2008**

## PROFESSIONAL SKILLS

- Criminal Law
- Family Law
- European Law
- Labour Law
- Inheritance Law
- French as a native language
- English full professional capacity
- Italian limited professional competence