# EXHIBIT B



1st November 2022

To whom it may concern,

I, Anne Fort, a qualified and experienced translator, hereby certify that to the best of my knowledge the document attached to this letter ("Summons to conciliation proceedings dated 31.10.2022 "), originally written in French, is a true and accurate translation into English.

If there is any further information we can provide you with, please do not hesitate to contact us.

Yours sincerely,

Anne Fort

BA (Hons) in French and Spanish from the University of Exeter.
Post-Graduate Diploma in Translation from the Polytechnic of Central London.
Member of the Institute of Translation and Interpreting.
Member of the Chartered Institute of Linguists.

*Order of 26/10/2022*
*→ 16/11/2022*

[Stamp]
Etude de Me Frédéric LEFEVRE
29, Boulevard des Moulins
BAILIFF
MONTE CARLO
Tel 93 30 74 03

**CMS**
**Law – Tax – Future**

Case No. 20190401

### APPLICATION FOR DIVORCE
(Article 197 of the Civil Code)

*[Stamp]*
PRINCIPALITY OF MONACO
26 OCT 2022
No. *2023/000046*

Dear Madam,

**Mr Fadi BOUSTANY**, born on ▓▓▓▓▓▓ 1967 in DEBBIEH (LEBANON), of Swiss and Lebanese nationality, domiciled at resident at 19 avenue des Spélugues, Résidence du Métropole, 98000 MONACO.

Electing domicile and conducting his case through Me Christine PASQUIER-CIULLA, Defence Counsel at the Court of Appeal of Monaco, resident and domiciled there at "Villa des Cigognes", 17 rue Louis Aureglia, MONACO.

**STATES THE FOLLOWING:**

Mr Fadi BOUSTANY married Ms Clara MOUSSA, born on ▓▓▓▓▓▓ 1974 in Deir al-Qamar (Lebanon), of French nationality, on **11 November 2006** before the registrar of Monaco City Council. **(Exhibits 1 and 2: Mr BOUSTANY's passport and Mr BOUSTANY's residence permit)**

The couple do not have a marriage contract, being subject to the Monacan legal system of separation of property. **(Exhibit 3: Extract from the marriage certificate)**

Three children were born from their union:
* ▓▓▓▓ BOUSTANY, born on ▓▓▓▓▓▓ 2013 in Nice;
* ▓▓▓▓ BOUSTANY, born on ▓▓▓ 2013 in Nice;
* ▓▓ BOUSTANY, born on ▓▓▓▓ 2007 in Nice.

The matrimonial home was established at Résidence du Métropole, 19 avenue des Spélugues, 98000 Monaco.

Mr Fadi BOUSTANY is a company director.

Ms Clara MOUSSA no longer works.

The couple have had disagreements in recent years.

In fact, Ms MOUSSA has adopted **pernicious and particularly shocking behaviour** towards Mr BOUSTANY who is disabled. In fact, the applicant suffers from degenerative multiple sclerosis which has become gradually worse to the point that he is now totally immobile.

1/3

Several statements are produced to this effect, made by former employees of the couple or another person who have been witnesses of more than shocking situations *(Exhibits 4 to 7)*.

Ms MOUSSA's shocking attitude to her husband whom she has to assist is unacceptable. This behaviour, besides being indecent and appalling, is seriously harmful to the applicant and even places him in danger. Mr BOUSTANY, who has vainly attempted to reason with his wife, now has no other choice but to file this application for divorce.

It should also be noted that the matrimonial home at 19 avenue des Spélugues, Résidence du Métropole, 98000 Monaco, has been adapted to suit Mr BOUSTANY's disabled situation. *(Exhibit 12: Photographs of Mr BOUSTANY's apartment)*

Consequently, it is impossible for him to leave the matrimonial home, all the more so as his office is in the same building, which also enables him to limit his movements.

Fearing Ms MOUSSA's attitude following the filing of this application, Mr BOUSTANY has no other choice but to apply for Ms MOUSSA's eviction from the matrimonial home.

On that account, Mr BOUSTANY is prepared to temporarily house Ms MOUSSA in a 5-room apartment, whose rental he is in the process of negotiating, situated at Le Florestan, 35 Boulevard du Larvotto, 98000 MONACO. *(Exhibit 11: Rental offer – Immeuble Le Florestan)*

**For this reason, Mr BOUSTANY requests that you:**

- **ALLOW** him to file this application for divorce;

- **AUTHORIZE** him to summon his wife before you, on the day and at the time fixed by you for the conciliation proceedings provided for by law and, failing that, authorize him to continue his divorce proceedings;

- **AUTHORIZE** him to live without his wife at the matrimonial home situated at 19 avenue des Spélugues, Résidence du Métropole, 98000 MONACO, preventing his wife from coming to haunt him there or from disturbing him for any reason whatsoever;

- **STATE** that the order to be issued is enforceable immediately and without registration.

SUBJECT TO ALL RESERVATIONS

MONACO, 26 OCTOBER 2022
THE APPLICANT
*[Signature]*

2/3

*[Stamp]*
Etude de Me Frédéric LEFEVRE
29, Boulevard des Moulins
BAILIFF
MONTE CARLO
Tel 93 30 74 03

### List of exhibits produced to support the Application

Exhibit 1:      Mr BOUSTANY's passport
Exhibit 2:      Mr BOUSTANY's residence permit
Exhibit 3:      Extract from the marriage certificate
Exhibit 4:      Statement – 25 June 2022
Exhibit 5:      Statement – 30 June 2022
Exhibit 6:      Statement – 23 June 2022
Exhibit 7:      Statement – 24 June 2022
Exhibit 8:      Birth certificate of Joseph BOUSTANY
Exhibit 9:      Birth certificate of Nabil BOUSTANY
Exhibit 10:     Birth certificate of Léa BOUSTANY
Exhibit 11:     Rental offer – Immeuble Le Florestan
Exhibit 12:     Photographs of Mr BOUSTANY's residence

**CMS**
**Christine PASQUIER CIULLA**
**DEFENCE COUNSEL**
**Exhibit 1**



*[Stamp]*
Etude de Me Frédéric LEFEVRE
29, Boulevard des Moulins
BAILIFF
MONTE CARLO
Tel 93 30 74 03

**CMS**
**Christine PASQUIER CIULLA**
**DEFENCE COUNSEL**
**Exhibit 2**



**CMS**
**Christine PASQUIER CIULLA**
**DEFENCE COUNSEL**
**Exhibit 3**

**MARRIAGE CERTIFICATE**
**- FULL COPY -**
**Year 2006**

**MARRIAGE** – No. 181 –
**Fadi EL BOUSTANY**
**and Clara MOUSSA**

At 11:30 on 11 November 2006, before us, there appeared in public at the City Hall of Monaco:

**Fadi EL BOUSTANY**, a company director, born in Debbieh (Lebanon) on ▮▮▮▮▮▮▮▮ 1967, domiciled at 41, avenue Hector Otto, Monaco, of Swiss nationality; son of Nabil EL BOUSTANY, a company director, and of Arlette BAHRI, of no occupation, domiciled at 19 avenue des Spélugues, Monaco, of the one part;

And: **Clara MOUSSA**, a company director, born in Deir al-Qamar (Lebanon) on ▮▮▮▮▮▮▮▮ 1974, domiciled in Saint Vincent, district of An Naqqash, Antelias Metn (Lebanon), of French nationality; daughter of Joseph MOUSSA, chairman and managing director, and of Daad ZARIFE, of no occupation, domiciled at boite postale 1580, Manama (Bahrain), of the other part.

When asked by us, the future couple declared that they had not drawn up a marriage contract and that they intended to be subject to the local Monacan system.

They declared, one after the other, that they wished to take each other as spouses and we pronounced them united in matrimony, in the name of the law.

In the presence of: Dania BOUSTANY, a developer, 36 years of age, and Majid BOUSTANY, a property developer, 40 years of age, both domiciled in Monaco; Bernard MOUSSA, a consultant, 38 years of age, and Jamie MOUSSA, a press officer, 38 years of age, both domiciled in Atlanta (Georgia, USA), witnesses of legal age.

After reading out the document and inviting them to read it, the couple and the witnesses signed with us, Agnès GAZIELLO-RATTI, Municipal Councillor, performing the duties of Registrar, by delegation.

*The signatures follow*
*Marginal notes*
An order dated 20 December 2007 issued by the President of the Court of First Instance of Monaco, transcribed in the registers of the Registry Office of this Municipality, on 22 January 2008, orders the correction of the husband's surname EL BOUSTANY to the effect that he will henceforth be named BOUSTANY. Note made on 22 January 2008 by the Registrar.

True copy                                      Monaco, 15 November 2019
                                               Registrar
                                               *[Signature and stamp]*

*[Stamp]*
Etude de Me Frédéric LEFEVRE
29, Boulevard des Moulins
BAILIFF
MONTE CARLO
Tel 93 30 74 03

**CMS**
**Christine PASQUIER CIULLA**
**DEFENCE COUNSEL**
**Exhibit 8**

CITY OF NICE

**BIRTH CERTIFICATE**
**FULL COPY**

**No. 005814 / 2013**
**█████ BOUSTANY**

At 08:49 on ███████ 2013, ██████ BOUSTANY was born at 57, avenue de la Californie, a male, son of Fadi BOUSTANY, born in Debbieh (Lebanon) on ██████ 1967, a company director, and of Clara MOUSSA, born in Deir al-Qamar (Lebanon) on ███████ 1974, a company manager, married on 11 November 2006 in the Principality of Monaco, domiciled at 19, avenue du Spelugues Résidence "Metropole", Principality of Monaco.

Drawn up at 15:05 on ███████ 2013 on the declaration of the father who, after it was read out and being invited to read the document, signed it with us, Séverine CONTE, née SÉASSAU, Officer of Nice Municipal Council, Registrar, by delegation of the Mayor.

Nice
25 April 2019
True copy
Registrar
*[Signature and stamp]*
Aline BOGLIO

Document issued electronically

**CMS**
**Christine PASQUIER CIULLA**
**DEFENCE COUNSEL**
**Exhibit 9**

CITY OF NICE

**BIRTH CERTIFICATE**
**FULL COPY**

**No. 005813 / 2013**
**█████ BOUSTANY**

At 08:48 on ████████ 2013, █████ BOUSTANY was born at 57, avenue de la Californie, a male, son of Fadi BOUSTANY, born in Debbieh (Lebanon) on ███████ 1967, a company director, and of Clara MOUSSA, born in Deir al-Qamar (Lebanon) on ████████ 1974, a company manager, married on 11 November 2006 in the Principality of Monaco, domiciled at 19, avenue du Spelugues Résidence "Metropole", Principality of Monaco.

Drawn up at 14:58 on 17 October 2013 on the declaration of the father who, after it was read out and being invited to read the document, signed it with us, Séverine CONTE, née SÉASSAU, Officer of Nice Municipal Council, Registrar, by delegation of the Mayor.

Nice
25 April 2019
True copy
Registrar
*[Signature and stamp]*
Martine ROSSI

Document issued electronically

**PRINCIPALITY OF MONACO**

*[Stamp]*
Etude de Me Frédéric LEFEVRE
29, Boulevard des Moulins
BAILIFF
MONTE CARLO
Tel 93 30 74 03

**ORDER**

We, Virginie HOFLACK, Judge at the Court of First Instance acting as President assisted by Christèle SETTINIERI, Registrar;

Having regard to the foregoing application for divorce dated 26 October 2022 (no. 2023/000046), submitted to us on that same day by Fadi BOUSTANY, in person, assisted by Maître Christine PASQUIER-CIULLA, defence counsel, to whom we made the observations we believed to be appropriate;

Whereas the conditions provided for by articles 200-1 and 206-1 of the Civil Code are met;

Order the couple **Fadi BOUSTANY and Clara MOUSSA** to appear before us or the conciliation judge called to deputize for us, at the law courts of Monaco, on:

**WEDNESDAY 16 NOVEMBER 2022
at 10:30**

for an attempted conciliation as provided for by law;

We declare that the summons must be served, on pain of nullity, in the manner and under the conditions provided for by article 200-4 of the Civil Code;

We authorize Fadi BOUSTANY to live alone in the matrimonial home situated at Résidence du Métropole, 19 avenue des Spélugues, Monaco, and we prohibit Clara MOUSSA, his wife, from disturbing him for any reason whatsoever.

We authorize the execution of this order immediately.

Done and delivered at our office at the law courts of Monaco on **26 OCTOBER 2022.**

*[Signatures]*

*[Stamp]*
Etude de Me Frédéric LEFEVRE
29, Boulevard des Moulins
BAILIFF
MONTE CARLO
Tel 93 30 74 03

*[Stamp]*
STAMP DUTY PAID ON STATEMENT: €5
Order no. 14.290 applying Law no. 1221 of
9 November 1999

**SUMMONS TO CONCILIATION PROCEEDINGS**
_____

On **31 OCTOBER** 2022,

AT THE REQUEST OF **Mr Fadi BOUSTANY**, born on ▇▇▇▇▇▇ 1967 in Debbieh (Lebanon), of Swiss and Lebanese nationality, resident at Résidence du Métropole, 19 avenue des Spélugues, MONACO;

Electing domicile at the office of **Maître Christine PASQUIER-CIULLA**, defence counsel at the Court of Appeal of Monaco, and resident at 17 rue L. Auréglia;

Pursuant to an order R. 483 issued at the request of Ms Virginie HOFLACK, the judge acting as President of the Court of First Instance of the Principality of Monaco, on 26 October 2022, *enforceable immediately and prior to registration, a copy of which is provided at the top of this document.*

**I the undersigned, Frédéric LEFEVRE,
Master of Law, Bailiff at the Court of Appeal
of Monaco, and resident at
29, Bld des Moulins**

HAVE SUMMONED:

**Ms Clara MOUSSA, wife of Mr BOUSTANY**, born on ▇▇▇▇▇▇ 1974 in Deir al-Qamar (Lebanon), of French nationality, resident at the matrimonial home at Résidence du Métropole, 19 avenue des Spélugues, MONACO, *served in person on*

**As well as the aforesaid lady, Clara MOUSSA, wife of Mr BOUSTANY**, at her domicile elected at the office of Maître Sarah FILIPPI, defence counsel at the Court of Appeal of Monaco, and resident at 20 avenue de Fontvieille, *served in person on her colleague*

To appear in person on **<u>WEDNESDAY 16 NOVEMBER 2022 at 10:30</u>** before the President of the Court of First Instance of the Principality of Monaco, in her office, at the law courts, rue Colonel Bellando de Castro, Monaco City.

TO:

Be heard jointly with the applicant with regard to the facts described by him to support his application for divorce and to attempt the conciliation provided for by law.

INFORMING HER that, if she fails to attend on the aforesaid day, place and time, she will be declared to have defaulted and the applicant will be authorized to file his application for divorce.

SUBJECT TO ALL RESERVATIONS.

And, so that she is aware of this, I have submitted to her and left a copy of this document, served in person as indicated above.

COST: ONE HUNDRED AND SIXTY-SIX EUROS AND FIFTY EURO CENTS.

*[Signature]*



*Ordonnance du 28/10/2022*
↳ *16/11/2022*

Dossier n° : 20190401

*R 4 P3*

# REQUÊTE EN DIVORCE
(Article 197 du Code Civil)

PRINCIPALITÉ DE MONACO
DE ... ...CE
2 6 OCT. 2022
N° 20 23/000046

**Madame Le Président,**

**Monsieur Fadi BOUSTANY,** né le ████████ 1967 à DEBIE (LIBAN), de nationalité helvétique et libanaise, domicilié et demeurant 19 avenue des Spélugues, Résidence du Métropole, 98000 à MONACO.

Élisant domicile et plaidant par Maître Christine PASQUIER-CIULLA, Avocat défenseur près la Cour d'Appel de Monaco, y demeurant et domiciliée « Villa des Cigognes », 17 rue Louis Aureglia à MONACO.

## A L'HONNEUR DE VOUS EXPOSER QUE :

Monsieur Fadi BOUSTANY a contracté mariage avec Madame Clara MOUSSA, né le ████ ████ 1974 à Deir El Kamar (Liban), de nationalité française, le **11 novembre 2006** par-devant l'officier d'état-civil de la Mairie de Monaco. *(Pièces n°1 & 2 : Passeport de Monsieur BOUSTANY & Carte résident de Monsieur BOUSTANY)*

Les époux n'ont pas de contrat de mariage, se soumettant au régime légal monégasque de la séparation de biens. *(Pièce n°3 : Extrait de l'acte de mariage)*

Trois enfants sont nés de cette union :
- ████ BOUSTANY, né le ████████ 2013 à Nice,
- ████ BOUSTANY, né le ████████ 2013 à Nice,
- ████ BOUSTANY, née le ████████ 2007 à Nice,

Le domicile conjugal a été fixé sis Résidence du Métropole, 19 avenue des Spélugues, 98000 à Monaco.

Monsieur Fadi BOUSTANY exerce le métier d'administrateur de société.

Madame Clara MOUSSA n'exerce désormais plus d'activité.

Les époux ont connu des dissensions ces derniers années.

En effet, Madame MOUSSA a adopté un **comportement délétère et particulièrement choquant** à l'égard de Monsieur BOUSTANY qui se trouve en situation de handicap physique. En effet, le requérant est atteint d'une sclérose en plaques dégénérative qui s'est aggravée régulièrement au point qu'il soit désormais totalement immobilisé.

Plusieurs attestations sont produites en ce sens émanant d'anciens salariés du couple ou autre personne qui ont été témoins de situations plus que choquantes *(Pièce n°4 à 7)*.

L'attitude choquante de Madame MOUSSA à l'égard de son époux à qui elle doit le secours est inacceptable. Ce comportement, outre le fait d'être indécent et révoltant porte un grave préjudice au requérant voire le met en danger.  Monsieur BOUSTANY qui a en vain tenté de raisonner son épouse, n'a désormais pas d'autre choix que d'introduire la présente requête en divorce.

Par ailleurs, il convient de préciser que le domicile conjugal sis 19 avenue des Spélugues, Résidence du Métropole, 98000, Monaco est aménagé pour convenir à la situation de handicap de Monsieur BOUSTANY. *(Pièce n°12 : Photographies de l'appartement de Monsieur BOUSTANY)*

Par conséquent, il lui est impossible de quitter le domicile conjugal; d'autant plus que son bureau se trouve dans le même immeuble. Ce qui lui permet aussi de limiter ses déplacements.

Craignant l'attitude de Madame MOUSSA à la suite de l'introduction de la présente requête, Monsieur BOUSTANY n'a pas d'autre choix que de requérir l'éviction de Madame MOUSSA du domicile conjugal.

Cela étant, Monsieur BOUSTANY est prêt à loger provisoirement Madame MOUSSA dans un appartement 5 pièces, dont il est en train de négocier la location, sis Le Florestan, 35 Boulevard du Larvotto, 98000 à MONACO. *(Pièce n°11 : Offre de location – Immeuble le Florestan).*

**C'est pourquoi Monsieur BOUSTANY requiert qu'il vous plaise, Madame le Président, bien vouloir :**

- **LUI DONNER** acte du dépôt de la présente requête en divorce ;

- **L'AUTORISER** à faire citer son épouse par-devant Vous, aux jour et heure que Vous voudrez bien fixer pour la conciliation prévue par la Loi et, à défaut de ce faire, l'autoriser à poursuivre sur sa procédure de divorce ;

- **L'AUTORISER** à résider sans son épouse au domicile conjugal situé 19 avenue des Spélugues, Résidence du Métropole, 98000 à MONACO, en faisant défense à son épouse de venir l'y hanter ou troubler pour quelque cause que ce soit ;

- **DIRE** que l'ordonnance à intervenir sera exécutoire sur minute et avant enregistrement.

SOUS TOUTES RESERVES

MONACO, LE 26 OCTOBRE 2022
LE REQUERANT



**Liste des pièces communiquées à l'appui de la Requête**

Pièce n°1 : Passeport de Monsieur BOUSTANY

Pièce n°2 : Carte résident de Monsieur BOUSTANY

Pièce n°3 : Extrait de l'acte de mariage

Pièce n°4 : Attestation – 25 juin 2022

Pièce n°5 : Attestation – 30 juin 2022

Pièce n°6 : Attestation – 23 juin 2022

Pièce n°7 : Attestation – 24 juin 2022

Pièce n°8 : Acte de naissance de Joseph BOUSTANY

Pièce n°9 : Acte de naissance de Nabil BOUSTANY

Pièce n°10 : Actes de naissance de Léa BOUSTANY

Pièce n°11 : Offre de location – Immeuble le Florestan

Pièce n°12 : Photographies du domicile de Monsieur BOUSTANY



**Christine PASQUIER CIULLA**
**AVOCAT DEFENSEUR**

**Pièce n° 1**





# CMS

**Christine PASQUIER CIULLA**
**AVOCAT DEFENSEUR**

**Pièce n° 2**







**ACTE DE MARIAGE** Christine PASQUIER CIULLA
AVOCAT DEFENSEUR

**- COPIE INTÉGRALE -**
**Année 2006**

Pièce n° 3

**MARIAGE** - N° 181 -
**Fadi EL BOUSTANY**
**et Clara MOUSSA**

Le onze novembre deux mil six à onze heures trente minutes, devant Nous ont comparu ------------
publiquement en la Mairie de Monaco :------------------------------------------------------------------------
**Fadi EL BOUSTANY**, administrateur de société, né à Debie (Liban), ▮▮▮▮▮▮▮mil neuf --
cent soixante sept, domicilié à Monaco, 41, avenue Hector Otto, de nationalité helvétique; fils de Nabil
EL BOUSTANY, administrateur de société et de Arlette BAHRI, sans profession, domiciliés à ----------
Monaco, 19, avenue des Spélugues, d'une part.---------------------------------------------------------------
Et : **Clara MOUSSA**, administrateur de société, née à Deir El Kamar (Liban), ▮▮▮▮▮▮ ------
▮▮▮ mil neuf cent soixante quatorze, domiciliée à Antelias Metn (Liban), Saint Vincent quartier --
Naccache, de nationalité française; fille de Joseph MOUSSA, président directeur général et de Daad ---
ZARIFE, sans profession, domiciliés à Mananna (Bahrain), boite postale 1580, d'autre part.--------------

----------------------------------------------------------------------------------------------------------------------------

Sur notre interpellation, les futurs époux ont déclaré qu'il n'a pas été fait de contrat de mariage et --
qu'ils entendent se soumettre au régime légal monégasque-----------------------------------------------------

Ils ont déclaré l'un après l'autre vouloir se prendre pour époux et Nous avons prononcé, au nom de
la loi, qu'ils sont unis par le mariage.--------------------------------------------------------------------------------
En présence de : Dania BOUSTANY, promoteur, âgée de 36 ans; Majid BOUSTANY, promoteur
immobilier, âgé de 40 ans, domiciliés à Monaco ; Bernard MOUSSA, consultant, âgé de 38 ans et ------
Jamie MOUSSA attachée de presse, âgée de 38 ans, domiciliés à Atlanta (Georgie - Etats-Unis ----------
d'Amérique), témoins majeurs.-----------------------------------------------------------------------------------------

Lecture faite et invités à lire l'acte, les époux et les témoins ont signé avec Nous, Agnès ------------
GAZIELLO-RATTI, Conseiller Communal, remplissant les fonctions d'Officier d'Etat Civil, par --------
délégation..--------------------------------------------------------------------------------------------------------------

*Suivent les Signatures*
*Mentions Marginales*
Une ordonnance en date du 20 décembre 2007 rendu par le Président du Tribunal de Première Instance
de Monaco, transcrit sur les registres de l'Etat Civil de cette Commune, le 22 janvier 2008, ordonne la --
rectification du nom patronymique de l'époux EL BOUSTANY en ce sens qu'il se nommera désormais
BOUSTANY. Mention apposée le 22 janvier 2008, par l'Officier de l'Etat Civil.-------------------------------

Pour copie conforme.

à Monaco le 15 novembre 2019
L'Officier de l'Etat Civil









**Christine PASQUIER CIULLA**
**AVOCAT DEFENSEUR**

Pièce n° 8

# ACTE DE NAISSANCE
## COPIE INTEGRALE

### N° 005814 / 2013
███ **BOUSTANY**

Le ███████████ deux mil treize à huit heures quarante neuf minutes***
est né, 57, avenue de la Californie, ███████ BOUSTANY, du sexe masculin,*
de Fadi BOUSTANY, né à Debie (Liban) le ████████ 1967, Administrateur
de Société, et de Clara MOUSSA, née à Deir El Kamar (Liban) le ███*******
██████ 1974, Gérante de Société, mariés depuis le 11 novembre 2006 à**
Monaco (Principauté), domiciliés à Monaco (Principauté) 19, avenue du***
Spelugues Résidence "Métropole".****************************************
Dressé le ██████████ 2013 à 15 heures 5 minutes sur la déclaration du***
père, qui, lecture faite et invité à lire l'acte, a signé avec Nous,****
Séverine CONTE née SÉASSAU, Fonctionnaire de la Mairie de Nice, Officier
de l'Etat Civil par délégation du Maire.*******************************

Nice,
le 25 avril 2019,
Pour copie conforme,
L'Officier de l'Etat Civil délégué                    Anne BOGLIO

Document délivré selon procédé informatisé



**VILLE DE NICE**
www.nice.fr



**Christine PASQUIER CIULLA**
**AVOCAT DEFENSEUR**

Pièce n° 9

# ACTE DE NAISSANCE
## COPIE INTEGRALE

### N° 005813 / 2013
### ███ BOUSTANY

Le ███████████ deux mil treize à huit heures quarante huit minutes***
est né, 57, avenue de la Californie, Nabil BOUSTANY, du sexe masculin,**
de Fadi BOUSTANY, né à Debie (Liban) le ████████ 1967, Administrateur
de Société, et de Clara MOUSSA, née à Deir El Kamar (Liban) le ███ ******
███ 1974, Gérante de Société, mariés depuis le 11 novembre 2006 à**
Monaco (Principauté), domiciliés à Monaco (Principauté) 19, avenue du***
Spelugues Résidence "Métropole".*****************************************
Dressé le ███████ 2013 à 14 heures 58 minutes sur la déclaration du**
père, qui, ██████ lecture faite et invité à lire l'acte, a signé avec Nous,****
Séverine CONTE née SÉASSAU, Fonctionnaire de la Mairie de Nice, Officier
de l'Etat Civil par délégation du Maire.*********************************

Nice,
le 25 avril 2019,
Pour copie conforme,
L'Officier de l'Etat Civil délégué,



Martine ROSSI

Document délivré selon procédé informatisé



P R I N C I P A U T E   D E   M O N A C O

# ORDONNANCE

Nous, Virginie HOFLACK, Juge au Tribunal de Première Instance faisant fonction de Président, assistée de Christèle SETTINIERI, Greffier ;

Vu la requête en divorce qui précède en date du 26 octobre 2022 (n° 2023/000046), à Nous présentée le même jour par Fadi BOUSTANY, en personne, assisté de Maître Christine PASQUIER-CIULLA, avocat-défenseur, à qui nous avons fait les observations que nous avons cru convenables ;

Attendu que les conditions prévues aux articles 200-1 et 206-1 du Code civil sont réunies ;

Ordonnons que les époux **Fadi BOUSTANY / Clara MOUSSA** comparaîtront par-devant nous ou le magistrat conciliateur appelé à Nous suppléer, au Palais de Justice à Monaco, le :

**MERCREDI 16 NOVEMBRE 2022**
**à 10 heures 30,**

pour la tentative de conciliation prévue par la loi ;

Disons que la citation devra être délivrée, à peine de nullité, dans les formes et conditions prévues à l'article 200-4 du code civil ;

Autorisons Fadi BOUSTANY à résider seul au domicile conjugal sis Résidence du Métropole, 19 avenue des Spélugues à Monaco, et faisons défense à Clara MOUSSA, son épouse de venir l'y troubler pour quelque cause que ce soit ;

Autorisons l'exécution de la présente ordonnance sur minute ;

Fait et délivré en notre cabinet, au Palais de Justice à Monaco, le **26 OCTOBRE 2022.-**



Ordonnance n° 14.290 portant application de la
loi n° 1221 du 9 novembre 1999

# CITATION EN CONCLIATION

L'an deux mille vingt-deux et le **TRENTE-ET-UN** du mois **d'OCTOBRE**.

A LA REQUÊTE DE **Monsieur Fadi BOUSTANY,** né le ███ 1967 à Debie (Liban), de nationalités helvétique et libanaise, demeurant Résidence du Métropole, 19 avenue des Spélugues à MONACO ;

Elisant domicile en l'Etude de **Maître Christine PASQUIER-CIULLA,** Avocat-défenseur près la Cour d'Appel de Monaco, y demeurant 17 rue L. Auréglia ;

En vertu d'une ordonnance R. 483 rendue sur requête par Madame Virginie HOFLACK, Juge faisant fonction de Président du Tribunal de Première Instance de la Principauté de Monaco, le 26 octobre 2022, *exécutoire sur minute et avant enregistrement, dont copie est donnée en tête des présentes.*

<div style="text-align:center; color:red">
Je soussigné Frédéric LEFEVRE,<br>
Maître en droit, Huissier près la Cour<br>
d'Appel de Monaco, y demeurant<br>
29, Bld des Moulins
</div>

AI CITE :

**Madame Clara MOUSSA épouse BOUSTANY,** née le ███ 1974 à Deir El Kamar (Liban), de nationalité française, demeurant au domicile conjugal Résidence du Métropole, 19 avenue des Spélugues à MONACO, *où étant et parlant à*

**Et encore ladite dame Clara MOUSSA épouse BOUSTANY,** en son domicile élu en l'Etude de Maître Sarah FILIPPI, Avocat-défenseur près la Cour d'Appel de Monaco, y demeurant 20 avenue de Fontvieille, *où étant et parlant à mon collaborateur* ✝

A comparaître en personne le **MERCREDI SEIZE NOVEMBRE 2022 à 10 HEURES 30** par-devant Madame le Président du Tribunal de Première Instance de la Principauté de Monaco, en son Cabinet, au Palais de Justice, rue Colonel Bellando de Castro à Monaco-Ville.

POUR :

Etre entendue contradictoirement avec le requérant sur les faits par lui articulés à l'appui de sa demande en divorce et tenter la conciliation prévue par la loi.

LUI DECLARANT que faute par elle de se trouver auxdits jour, lieu et heure, il sera contre elle donné défaut et conclu à ce que le requérant soit autorisé à former sa demande en divorce.

SOUS TOUTES RESERVES.

Et aux fins qu'elle n'en ignore, je lui ai remis et laissé copie du présent, étant et parlant comme devant.

COUT : CENT SOIXANTE SIX EUROS CINQUANTE.

