# EXHIBIT 1

 21   **Antonio Ellek**   

Sat 10 Sep

Good morning Clara ☀️

It was very nice to see you even though it was short                    11:53


11:54

