UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Clara Moussa Boustany,<br><br>           *Applicant*,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding | Case No. 1:23-mc-27 |

## ORDER GRANTING CLARA MOUSSA BOUSTANY'S *EX PARTE* APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FROM STEPHEN VALKENBORG AND MAKRAM ABBOUD FOR USE IN AN INTERNATIONAL PROCEEDING

This matter comes before the Court on the *ex parte* Application of Clara Moussa Boustany for an order pursuant to 28 U.S.C. § 1782 granting her leave to conduct discovery and serve subpoenas on Stephen Valkenborg and Makram Abboud, for use in an international proceeding. Having fully considered Moussa Boustany's submissions, and good cause appearing therefore, this Court GRANTS the Application.

It is hereby ordered that Moussa Boustany is authorized to issue and serve subpoenas on Stephen Valkenborg and Makram Abboud containing the substance and form of the subpoenas attached as Exhibits A and B to the Application.

    *The Clerk is directed to close ECF No. 1.*

    **IT IS SO ORDERED.**

DATED: January 31, 2023

_____
J. PAUL OETKEN
United States District Judge